1  EILEEN MARIE BISSEN (St.Bar #245821)
   RICHARD K. GROSBOLL (St. Bar #99729)
2  NEYHART ANDERSON FLYNN GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA  94104
   Tel: (415) 677-9440
4  Fax: (415) 677-9445
   Email:    ebissen@neyhartlaw.com
5            rgrosboll@neyhartlaw.com

6  Attorneys for Plaintiffs

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE BAY AREA    )   NO. C  13-1520 YGR
   ROOFERS, et al.,                     )
12                                      )   **ORDER GRANTING**
                  Plaintiffs,           )   SUBSTITUTION OF
13                                      )   ATTORNEYS
         vs.                            )
14 FELIPE BERNAL, individually and dba B & M )
   TEAR OFF and as B & M TEAR OFF, INC., et al)
15              Defendant.              )
                                        )
16 _____)

17      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18 take notice that Plaintiffs, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS

19 HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST

20 BAY/ NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING

21 INDUSTRY  PROMOTION  FUND,  BAY  AREA  COUNTIES  ROOFING  INDUSTRY

22 APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE, hereby make the

23 following substitution of attorneys:

24 Former Attorneys:
   ERSKINE & TULLEY
25 A PROFESSIONAL CORPORATION
   MICHAEL J. CARROLL (St. Bar #50246)
26 3030 Bridgeway, Suite 231
   Sausalito, CA 94965
27

28 should be removed and, consequently, should no longer receive

SUBSTITUTION OF ATTORNEY                                      1

notice of e-Filings.

Plaintiffs' new co-counsel of record will be:

EILEEN MARIE BISSEN (St.Bar #245821)
RICHARD K. GROSBOLL (St. Bar #99729)
NEYHART ANDERSON FLYNN GROSBOLL
369 Pine Street, Suite 800
San Francisco, CA 94104
Tel: (415) 677-9440
Fax: (415) 677-9445
Email: ebissen@neyhartlaw.com
rgrosboll@neyhartlaw.com

The following attorneys consent to this substitution:

Dated: 4/3, 2013    ERSKINE & TULLEY
A PROFESSIONAL CORPORATION

_____
MICHAEL J. CARROLL
Former Attorneys for Plaintiffs
Boards of Trustees, et al.

Dated: 4/30, 2013    NEYHART ANDERSON FLYNN GROSBOLL

_____
EILEEN MARIE BISSEN
New Attorneys for Plaintiffs
Board of Trustees, et al.

The Plaintiffs Board of Trustees of the Bay Area Roofers, et al. hereby consent to the above substitution.

Dated: 4.3, 2013    BOARD OF TRUSTEES OF THE BAY AREA ROOFERS, et al.

_____
Doug Ziegler, Trustee

IT IS SO ORDERED.

Dated: May 2, 2013    _____
United States District Court
YVONNE GONZALEZ ROGERS

SUBSTITUTION OF ATTORNEY                         2