1  EILEEN MARIE BISSEN (St.Bar #245821)
   RICHARD K. GROSBOLL (St. Bar #99729)
2  NEYHART ANDERSON FLYNN GROSBOLL
   369 Pine Street, Suite 800
3  San Francisco, CA  94104
   Tel: (415) 677-9440
4  Fax: (415) 677-9445
   Email:    ebissen@neyhartlaw.com
5            rgrosboll@neyhartlaw.com

6  Attorneys for Plaintiffs

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 BOARD OF TRUSTEES OF THE BAY AREA    )   NO. C  13-1520 YGR
   ROOFERS, et al.,                    )
12                                     )   **ORDER GRANTING**
                       Plaintiffs,     )   SUBSTITUTION OF
13                                     )   ATTORNEYS
            vs.                        )
14                                     )
   FELIPE BERNAL, individually and dba B & M )
15 TEAR OFF and as B & M TEAR OFF, INC., et al)
                       Defendant.      )
16 _____ )

17      TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORDS, please

18 take notice that Plaintiffs, BOARD OF TRUSTEES OF THE BAY AREA ROOFERS

19 HEALTH & WELFARE TRUST FUND, PACIFIC COAST ROOFERS PENSION PLAN, EAST

20 BAY/ NORTH BAY ROOFERS VACATION TRUST FUND, BAY AREA COUNTIES ROOFING

21 INDUSTRY PROMOTION FUND, BAY AREA COUNTIES ROOFING INDUSTRY

22 APPRENTICESHIP TRAINING FUND; DOUG ZIEGLER, TRUSTEE, hereby make the

23 following substitution of attorneys:

24 Former Attorneys:
   ERSKINE & TULLEY
25 A PROFESSIONAL CORPORATION
   MICHAEL J. CARROLL (St. Bar #50246)
26 3030 Bridgeway, Suite 231
   Sausalito, CA 94965
27

28 should be removed and, consequently, should no longer receive

SUBSTITUTION OF ATTORNEY                                    1

1  notice of e-Filings.

2  Plaintiffs' new co-counsel of record will be:

3  EILEEN MARIE BISSEN (St.Bar #245821)
   RICHARD K. GROSBOLL (St. Bar #99729)
4  NEYHART ANDERSON FLYNN GROSBOLL
   369 Pine Street, Suite 800
5  San Francisco, CA  94104
   Tel: (415) 677-9440
6  Fax: (415) 677-9445
   Email:    ebissen@neyhartlaw.com
7            rgrosboll@neyhartlaw.com

8  The following attorneys consent to this substitution:

9  Dated: ___4/3___, 2013        ERSKINE & TULLEY
                                  A PROFESSIONAL CORPORATION
10

11                                _____
                                  MICHAEL J. CARROLL
12                                Former Attorneys for Plaintiffs
                                  Boards of Trustees, et al.
13
   Dated: ___4/30___, 2013        NEYHART ANDERSON FLYNN GROSBOLL
14

15                                _____
                                  EILEEN MARIE BISSEN
16                                New Attorneys for Plaintiffs
                                  Board of Trustees, et al.
17

18 The Plaintiffs Board of Trustees of the Bay Area Roofers, et al.

19 hereby consent to the above substitution.

20 Dated: ___4.3___, 2013         BOARD OF TRUSTEES OF THE BAY AREA
                                  ROOFERS, et al.
21

22                                _____
                                  Doug Ziegler, Trustee
23

24 IT IS SO ORDERED.

25 Dated: ___May 2,___, 2013     _____

26                                United States District Court
                                  YVONNE GONZALEZ ROGERS
27

28

SUBSTITUTION OF ATTORNEY                                        2